

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JAMES E. JOHNSON**
*Corporation Counsel*

**WILLIAM S. J. FRAENKEL**
phone: 212-788-1247
fax: 212-788-0940
email: wfraenke@law.nyc.gov

June 2, 2021

**Via ECF**
Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl St, Courtroom 14A
New York, New York 10007

*ADJOURNED TO MONDAY,*
*JULY 12, 2021, AT 3:30PM.*
*SO ORDERED.*
*6/2/21*

Re:   Fred Jenkins v. New York City Health and Hospital Corp., et al
      Civil Action No. 21-CV-02848 (JGK)

Dear Judge Koeltl:

I am a Public Service Attorney in the Office of James E. Johnson, Corporation Counsel of the City of New York, attorney for Defendants New York City Health and Hospitals Corporation and Kevin Matulich (together "Defendants") in the above-captioned action. I write in accordance with Your Honor's Individual Rules of Practice to respectfully request an adjournment of the Initial Pretrial Conference currently scheduled for Wednesday, June 9, 2021. I spoke with Plaintiff's counsel who kindly consents to this request. This is the Defendants' first request for an adjournment of the Initial Pretrial Conference and, if granted, would not affect any subsequent deadlines in this action. Accordingly, the undersigned respectfully requests that the Court adjourn the Initial Pretrial Conference from Wednesday, June 9, 2021 to Monday, July 12, 2021, or a date thereafter that is convenient for Your Honor.

Very truly yours,

Quenique Newbill
Public Service Attorney

WILLIAM S. J. FRAENKEL,
Of Counsel.

**Via ECF**:
Christopher Quincy Davis, Esq.
Rachel Meredith Haskell, Esq.
*Attorneys for Plaintiff*