UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRED JENKINS,

          Plaintiff,

- against -

NYC HEALTH AND HOSPITAL CORPORATION ET AL.,

          Defendants.

21-cv-2848 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The plaintiff will file an amended complaint by **August 6, 2021**. The defendants will move or answer by **August 27, 2021**. If the defendants move to dismiss, the plaintiff will respond by **September 17, 2021**, and the defendants will reply by **September 28, 2021**. If the defendants answer, the parties should submit a Rule 26(f) report by **September 17, 2021**.

The parties are directed to follow the Court's rules on disclosures.

SO ORDERED.

Dated:   New York, New York
        July 16, 2021

                                      John G. Koeltl
                                United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/2021