UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRED JENKINS,

                Plaintiff,          21-cv-2848 (JGK)

    - against -                ORDER

NYC HEALTH AND HOSPITALS
CORPORATION & KEVIN MATULICH,
                Defendants.

---

JOHN G. KOELTL, District Judge:

    The time for the plaintiff to respond to the motion to dismiss is **January 20, 2022**. The time for the defendants to reply is **February 4, 2022**.

SO ORDERED.
Dated:    New York, New York
           November 24, 2021

                                          John G. Koeltl
                                  United States District Judge