```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────
FRED JENKINS,
                    Plaintiff,            21-cv-2848 (JGK)

       - against -                        ORDER

NYC HEALTH AND HOSPITALS
CORPORATION ET AL.,
                    Defendants.
─────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

The motion to file an amended complaint is granted. The pending motion to dismiss, ECF No. 23, is denied without prejudice as moot. The time to respond to the amended complaint is extended to January 14, 2022. The time to respond to any motion is January 28, 2022. The time to reply is February 8, 2022.

SO ORDERED.
Dated:   New York, New York
         December 30, 2021

                                    /s/ John G. Koeltl
                                    ─────────────────────
                                       John G. Koeltl
                                United States District Judge