UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRED JENKINS,

                Plaintiff,        21-cv-2848 (JGK)

    - against -          ORDER

NEW YORK CITY HEALTH AND HOSPITAL
CORP. ET AL.,
                Defendants.

---

JOHN G. KOELTL, District Judge:

    The plaintiff has filed a motion for joinder of two additional claims. ECF No. 45. The defendants have responded to that motion urging that it be denied as futile. ECF No. 48. The plaintiff may reply in further support of the motion for joinder by **February 4, 2022**.

    There is an outstanding motion to dismiss the Second Amended Complaint. ECF Nos. 42-44. The motion for joinder does not alter the outstanding motion to dismiss the other counts of the Second Amended Complaint. Therefore, the plaintiff should respond to the motion to dismiss the Second Amended Complaint by **February 4, 2022**. The defendants may reply by **February 22, 2022**.

The Clerk is directed to mail a copy of this Order to the pro se plaintiff and to note service on the docket.

SO ORDERED.
Dated:   New York, New York
         January 14, 2022

_____
John G. Koeltl
United States District Judge