UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRED JENKINS,

                Plaintiff,

      - against -

NYC HEALTH AND HOSPITALS CORP., ET AL.,

                Defendants.

21-cv-2848 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties should submit a Rule 26(f) report by **November 21, 2022**.

SO ORDERED.

Dated:    New York, New York
            November 7, 2022

                                      _____
                                         John G. Koeltl
                                   United States District Judge