UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRED JENKINS,

                Plaintiff,

   - against -

NEW YORK CITY HEALTH AND HOSPITALS
CORPORATION, ET AL.,

                Defendants.

21-cv-2848 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The deadlines in this Court's November 21, 2022 Scheduling Order (ECF No. 65) are stayed for 21 days to allow the parties to discuss a disposition of this case.

SO ORDERED.

Dated:   New York, New York
          November 25, 2022

                                                  John G. Koeltl
                                         United States District Judge