```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---------------------------------------
**FRED JENKINS,**

           Plaintiffs,

   - against -

**NYC HEALTH AND HOSPITALS CORPORATION, ET AL.,**

           Defendants.

                   21-cv-2848 (JGK)

                   ORDER

---------------------------------------

**JOHN G. KOELTL, District Judge:**

The defendants are directed to submit courtesy copies of the pending fully briefed motion to amend the complaint.

**SO ORDERED.**

**Dated:**  New York, New York
          June 16, 2023

                                     /s/ John G. Koeltl
                                       John G. Koeltl
                             United States District Judge