UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRED JENKINS,

           Plaintiff,

   - against -

NYC HEALTH AND HOSPITALS CORP. ET AL.,

           Defendants.

21-cv-2848 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

    Michael J. Harris, counsel for the plaintiff, has moved to withdraw as counsel for the plaintiff, due to irreconcilable differences. ECF Nos. 96, 97. He advises that the plaintiff does not consent but that the defendants do consent. Mr. Harris should send the motion and this Order to the plaintiff by **February 22, 2024** and file proof of service promptly thereafter.

    Mr. Harris has also sent an email to the Court dated February 20, 2024 which will be filed under seal, but which Mr. Harris should also send to the plaintiff and file a proof of service. The email has already been copied to counsel for the defendant.

    The plaintiff may respond to the motion to withdraw by **March 1, 2024**, and Mr. Harris may reply by **March 6, 2024**.

    This case is stayed pending a decision on the motion to withdraw.

SO ORDERED.

Dated:   New York, New York
          February 21, 2024

                                        John G. Koeltl
                                  United States District Judge